UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT RAMOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-23-CV-266-FB (HJB) |
| | § | |
| PAWN TX, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER RETURNING CASE
TO DISTRICT COURT**

In light of the Notice of Voluntary Dismissal (Docket Entry 8) filed on May 28, 2023, it is hereby **ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on May 30, 2023.

Henry J. Bemporad
United States Magistrate Judge